```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EX PARTE APPLICATION OF
ENKA INSAAT VE SANAYI A.S.
CAPITAL CITY INVESTMENT BV FOR
AN ORDER PURSUANT TO 28 U.S.C. §
1782 TO CONDUCT DISCOVERY FOR
USE IN FOREIGN PROCEEDINGS
*Petitioners*.

21-MC-205 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The parties have represented to the Court that this matter has been resolved and no longer requires sealing. The Clerk of Court is thus respectfully directed to unseal this case and all documents that have heretofore been filed in conjunction with it.

SO ORDERED.

Dated:    March 12, 2021
            New York, New York

                                                  RONNIE ABRAMS
                                                  United States District Judge